KATHRYN KENEALLY
Assistant Attorney General

NITHYA SENRA, CA SBN # 291803
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-307-6570 (v)
202-307-0054 (f)
Nithya.Senra@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cv-00066-LJO-BAM |
| Plaintiff, | |
| v. | JUDGMENT |
| VERDELL GARROUTTE, | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation as to liability and consent to entry of judgment on the United States' Complaint to Reduce Federal Tax Assessments to Judgment, the Clerk is directed to enter judgment as follows:

1.  In favor of the United States and against Defendant Verdell Garroutte, federal income tax (Form 1040) liabilities and related penalties and interest as set forth in paragraph 6 of the United States' Complaint, the total amount of which equaled $295,525.81, less any

1

payments, plus interest accruing after January 23, 2014 pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) until paid in full.

    2.    Each party shall bear its own respective costs and attorney's fees incurred with respect to this litigation.

IT IS SO ORDERED.

Dated:   **April 29, 2014**          **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE